IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| ELZIE WOODS AND FELECIA PATTERSON, INDIVIDUALLY, | * * * | |
| Plaintiffs, | * | |
| vs. | * * * | No. 5:06cv00247 SWW |
| ARKANSAS DEPARTMENT OF CORRECTION, DIRECTOR LARRY NORRIS IN HIS OFFICIAL AND INDIVIDUAL CAPACITY, WARDEN GAYLON LAY IN HIS OFFICIAL AND INDIVIDUAL CAPACITY and BOARD OF DIRECTORS MEMBERS DR. MARY PARKER, BENNY MAGNESS, LEROY BROWNLEE, DREW BAKER, BILL FERREN, ALONZA JILES AND KELLY PACE IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, | * * * * * * * * * * * * | |
| Defendants. | * | |

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that defendants' motion for summary judgment be granted as to plaintiffs' federal claims and that plaintiffs' state law defamation claims be dismissed without prejudice.

IT IS SO ORDERED this 8$^h$ day of May 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE